IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


RICHARD L. CORESON,                        3:13-cv-01979-HU

            Plaintiff,                     ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

            Defendant.


**BROWN, Judge.**

     Magistrate Judge Dennis J. Hubel issued Findings and

Recommendation (#19) on December 3, 2014, in which he recommends

this Court reverse the final decision of the Commissioner of

Social Security and remand to the Commissioner for an immediate

award of benefits.  The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009)*.  See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.


### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#19) and, accordingly, **REVERSES** the ALJ's decision and **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for an immediate award of benefits.

IT IS SO ORDERED.

DATED this 12th day of January, 2015.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER