James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| RICHARD CORESON<br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | Case No.:   3:13-cv-01979-HU<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2372.41 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 11th day of February, 2015.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff